IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| PEDRO DIAZ, #B-46669, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1537 |
| | ) | |
| SALVADOR GODINEZ, RANDY PFISTER, | ) | |
| MICHAEL LEMKE, PATRICK HOBART, | ) | |
| LT. PRENTISE, LT. PUNKE, LT. MILSAP, | ) | |
| and LT. SCROGUM, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COME the Defendants SALVADOR GODINEZ, PATRICK HOBART, MICHAEL LEMKE, UNDRAY MILSAP, RANDY PFISTER, SUSAN PRENTISE, TODD PUNKE, and DALE SCROGUM, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Local Rule 12.1, and hereby files the instant answer and affirmative defenses, stating as follows:

### ANSWER

1. Defendants deny that they were deliberately indifferent to Plaintiff's conditions of confinement.

2. Defendants deny that Plaintiff's conditions of confinement deprived Plaintiff of the minimal civilized measure of life's necessities.

## REQUESTED RELIEF

Defendant denies that the Plaintiff is entitled to any relief.

## JURY DEMAND

Defendant demands a trial by jury.

## AFFIRMATIVE DEFENSES

NOW COME the Defendants, SALVADOR GODINEZ, PATRICK HOBART, MICHAEL LEMKE, UNDRAY MILSAP, RANDY PFISTER, SUSAN PRENTISE, TODD PUNKE, and DALE SCROGUM, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby sets forth the following affirmative defenses:

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are, therefore, protected from suit by the doctrine of qualified immunity.

2. To the extent Plaintiff failed to exhaust administrative remedies for the claims in the Complaint, Plaintiff's claims are barred by 42 U.S.C. § 1997e. *Dixon v. Page*, 291 F.3d 485, 489 (7th Cir. 2002).

3. To the extent that Plaintiff's claims are against Defendants in their official capacity, they are barred by the Eleventh Amendment and Sovereign Immunity.

4. To the extent that Plaintiff's claims seek injunctive relief, his claims are barred by the Eleventh Amendment and Sovereign Immunity.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that Plaintiff's claims for relief be denied.

.

                    Respectfully submitted,

                    SALVADOR GODINEZ, PATRICK HOBART, MICHAEL LEMKE, UNDRAY MILSAP, RANDY PFISTER, SUSAN PRENTISE, TODD PUNKE, and DALE SCROGUM,

                          Defendants,

| | |
|---|---|
| | LISA MADIGAN, Attorney General, |
| Bradley D. Gillespie #6281462 | State of Illinois, |
| Assistant Attorney General | |
| 500 South Second Street |     Attorney for Defendants, |
| Springfield, IL 62706 | |
| (217) 785-4555 Phone | |
| (217) 524-5091 Facsimile | By:   s/ Bradley D. Gillespie |
| Email: bgillespie@atg.state.il.us |       Bradley D. Gillespie, #6281462 |
| |       Assistant Attorney General |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2014, the foregoing document, Answer and Affirmative Defenses, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Pedro Diaz #B-46669
Stateville Correctional Center
P. O. Box 112
Joliet, Illinois  60434

Respectfully Submitted,

 s/ Bradley D. Gillespie
Bradley D. Gillespie, #6281462
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail: bgillespie@atg.state.il.us